# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CRIMINAL DOCKET NO.: 3:03CR7-V

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>)<br>BARRY WAYNE GRIGGS, )<br>      Defendant. )<br>_____) | **O R D E R** |

**THIS MATTER** is before the Court on Defendant's Motion To Suppress and Motion To Dismiss Indictment, both filed May 5, 2005.

**IT IS, THEREFORE, ORDERED THAT:**

1) The Government shall **RESPOND** in writing to both motions **on or before June 6, 2005**; and

2) The Government is specifically directed to **SHOW CAUSE** why the Second Superseding Indictment in the above-captioned case, or any portion thereof, should not be subject to dismissal pursuant to the Double Jeopardy Clause of the Fifth Amendment to the U.S. Constitution. *U.S. Const. Amend. V.*

**Signed: May 13, 2005**

Richard L. Voorhees
United States District Judge