# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CRIMINAL DOCKET NO. 3:03cr7-V

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>vs. )<br>) **O R D E R**<br>)<br>BARRY WAYNE GRIGG - 1 )<br>_____) | |

**THIS MATTER** is before the Court upon Defendant's motion for a continuance from the 25 July 2005 term in the Charlotte Division.

For the reasons stated in Defendant's motions and upon a showing that Defendant's counsel has not had sufficient time within which to adequately prepare a defense in this case, taking into account the exercise of due diligence, the Court will allow the continuance. **18 U.S.C. § 3161(h)(8)(B)(iv).** The Court further finds that the ends of justice served by taking such action as requested by the Defendant outweigh the best interest of the public and the Defendant to a speedy trial.

**IT IS, THEREFORE, ORDERED** that the Defendant's motion is **GRANTED** and this case is hereby continued from the July 2005 term in the Charlotte Division to the 26 September 2005 term in the Charlotte Division.

**Signed: July 28, 2005**

Richard L. Voorhees
United States District Judge