RECEIVED
CHARLOTTE, N.C.
SEP 28 2005
Clerk, U.S. Dist. Court
W. Dist. of N.C.

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:03CR07-V |
| | ) | |
| vs. | ) | **ORDER FOR DISMISSAL** |
| | ) | |
| BARRY GRIGGS | ) | |

Leave of Court is hereby granted for the dismissal of the Bill of Indictment in the above-captioned case without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshall Service and the United States Attorney's Office.

This 29th day of September, 2005.

*/s/ Richard L. Voorhees*

RICHARD L. VOORHEES
UNITED STATES DISTRICT COURT JUDGE